# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 15-0844 JVS (JPRx) | Date | July 6, 2015 |
| Title | Vargas v. Wells Fargo Bank, N.A., et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)   <u>Order Granting Defendants' Motion to Dismiss</u>**

     Defendant Wells Fargo Bank, N.A. ("Wells Fargo") moves to dismiss Plaintiff Beverly Vargas's ("Vargas") Complaint. (Docket No. 6.) Vargas did not oppose the motion to dismiss (<u>see</u> Docket No. 14) but did file a First Amended Complaint ("FAC") more than twenty-one days after the filing of the motion to dismiss. (Docket No. 13.)

     Accordingly, the Court GRANTS Wells Fargo's motion to dismiss without prejudice and with leave to replead. The FAC is now the operative pleading in this matter.

     The Court further finds that oral argument would not be helpful on this matter and vacates the July 13, 2015 hearing. Fed. R. Civ. P. 78; L.R. 7-15.

     IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |